COM.

v.

SPERL, S.

2065 EDA 2016

Superior Court of Pennsylvania.

09/29/2017

CP–46–CR–0005172–2013 (Montgomery)

Affirmed

A.M.

v.

L.B.,

**Appeal of: Stacey L. Shields, Esq.**

3347 EDA 2016

Superior Court of Pennsylvania.

09/29/2017

2011–00087
(Montgomery)

Affirmed

COM.

v.

CAMEROTA, A.

3500 EDA 2016

Superior Court of Pennsylvania.

09/29/2017

CP–51–CR–0305521–2006 (Philadelphia)

Affirmed

COM.

v.

PHELPS, I.

3537 EDA 2016

Superior Court of Pennsylvania.

09/29/2017

Reargument Denied 11/22/2017

CP–51–CR–0013478–2012 (Philadelphia)

Affirmed